HELEN COLLIGAN, Respondent, v. FIRST NATIONAL INSURANCE COMPANY OF AMERICA, Appellant. (Action No. 2.)

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. RALPH STURDIVANT, Appellant.—

No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

COUNTY OF NASSAU, Respondent, v. JOSEPH P. DAY et al., as Trustees, Appellants, et al., Defendants.—

Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

CARMINE DI MURIA, Appellant, v. ANTOINETTE S. DE MURIA, as Administratrix of the Estate of VINCENT DE MURIA, Deceased, Respondent.—

No opinion. Appeal from original judgment dismissed, without costs. Present — Close, P. J., Hagarty, Adel and Taylor, JJ.; Lewis, J., not voting.